.In the Matter of the Claim of JULIA L. McCARTHY, Respondent, against WALSH CONSTRUCTION COMPANY et al., Appellants.

THE STATE INDUSTRIAL BOARD, Respondent.

(Argued September 30, 1930; decided October 14, 1930.)

*Neile F. Towner* for appellants.

*Hamilton Ward, Attorney-General (Roy Wiedersum* and *E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.